# Third District Court of Appeal

## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1005
Lower Tribunal No. F13-24416
_____

**Schmertz Pierre-Louis,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Schmertz Pierre-Louis, in proper person.

Ashley Moody, Attorney General, for respondent.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Denied.